Jeffrey V. Ta (SBN: 225188)
jta@lbbklaw.com
Hilary E. Wild (SBN: 349168)
hwild@lbbklaw.com
LAGASSE BRANCH BELL + KINKEAD LLP
88 Kearny Street, Suite 1850
San Francisco, CA 94108
Telephone: (628) 222-5870
Facsimile: (628) 222-5872

Attorney for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WILLIAM HAWKINSON,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, and DOES 1 through 20,<br><br>Defendants. | CASE NO. 5:23-cv-04902-NC<br><br>**STIPULATION AND ORDER TO REMAND ACTION TO SANTA CLARA COUNTY SUPERIOR COURT**<br><br>Judge: Hon. Nathanael M. Cousins<br><br>State action filed: August 11, 2023<br>Trial date: Not Set |

WHEREAS on or about September 25, 2023, Defendant TARGET CORPORATION (TARGET) filed a Notice of Removal pursuant to 28 U.S.C. § 1367(a), removing from the Santa Clara County Superior Court to the United States District Court for the Northern District of California the action entitled *"Joseph William Hawkinson v. Target Corporation,"* Case No. 23CV420770 (the State Court Action);

WHEREAS Plaintiff JOSEPH WILLIAM HAWKINSON (HAWKINSON) opposes removal of the State Court Action and indicated a desire to amend his Complaint to add a defendant domiciled in California in order to defeat diversity jurisdiction;

WHEREAS TARGET believes that grounds exist for removal of the State Court Action based on 28 U.S.C. § 1367(a) but TARGET desires to avoid having any of its employees or affiliates (if any) named as defendants in this case;

WHEREAS, HAWKINSON has agreed not to name any TARGET employee or TARGET-affiliate (if any) as a defendant in the State Court Action, in exchange for TARGET's agreement to request that the State Court Action be remanded to the Santa Clara Superior Court by stipulation;

THEREFORE, the parties hereby stipulate and agree that HAWKINSON will not name any TARGET employee or TARGET affiliate as a defendant in the State Court Action; and

The parties further hereby stipulate and agree, subject to the Court's approval, to remand the State Court Action to the Superior Court for the County of Santa Clara, where the case was previously pending prior to Defendants' Notice of Removal.

STIPULATED AND AGREED:

Dated: 10/02/2023

M&Y PERSONAL INJURY LAWYERS

By: *Sarah Lopez*
Sarah Lopez
Boris Sargsyan
Attorney for Plaintiff
JOSEPH WILLIAM HAWKINSON

Dated: October 2, 2023

LAGASSE BRANCH BELL + KINKEAD LLP

By: *Jeffrey V. Ta*
Jeffrey V. Ta
Hilary E. Wild
Attorney for Defendants
TARGET CORPORATION

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that the action entitled *"Joseph William Hawkinson v. Target Corporation"* be remanded to the Superior Court for the County of Santa Clara.

IT IS SO ORDERED.

Dated:   October 3, 2023



_____
HON. NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

Jeffrey V. Ta (SBN: 225188)
jta@lbbklaw.com
Hilary E. Wild (SBN: 349168)
hwild@lbbklaw.com
LAGASSE BRANCH BELL + KINKEAD LLP
88 Kearny Street, Suite 1850
San Francisco, CA 94108
Telephone: (628) 200-3575
Facsimile: (858) 345-5025

Attorney for Cross-Defendants
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WILLIAM HAWKINSON,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, and DOES 1 through 20,<br><br>Defendants. | CASE NO. 5:23-cv-04902<br><br>**CERTIFICATE OF SERVICE**<br><br>State action filed:  August 11, 2023<br>Trial date: Not Set |

I, the undersigned, declare and state as follows:

I am a citizen of the United States and employed in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 88 Kearny Street, Suite 1850, San Francisco, CA 94108

On **October 2, 2023**, I caused to be served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO REMAND ACTION TO SANTA CLARA COUNTY SUPERIOR COURT**

( X )   BY CM/ECF: The document was electronically served on the parties to this action listed below via the mandatory United States District Court of California CM/ECF system upon electronic filing of above-described document.

( X )   BY ELECTRONIC SERVICE  by electronically mailing a true and correct copy through Andrews Lagasse Branch + Bell LLP's electronic mail system to the e-mail address(es) set forth above, or as stated on the below service list.

-1-

| CERTIFICATE OF SERVICE | CASE NO.: 5:23-cv-04902 |
|---|---|

1  ( )  BY OVERNIGHT DELIVERY: I deposited said document(s) in a box or other facility regularly maintained by the express service carrier providing GSO overnight delivery pursuant to Federal Rules of Civil Procedure Rule 5, addressed as follows:

3  ( )  BY MAIL.  I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.

> Sarah Lopez
> M&Y Personal Injury Lawyers
> 6300 Wilshire Blvd., Suite 807
> Los Angeles, CA 90048
> T.: 877.750.6500
> F.: 323.475.7773
> slopez@mylawcompany.com
> contact@mylawcompany.com
>
> **Counsel for Plaintiff Joseph William Hawkinson**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 2, 2023, at San Francisco, California.

_Jocelyn Valencia_
Jocelyn Valencia